| Fill in this information to identify the case: | |
|---|---|
| **Debtor 1** | Morgan Paige Alizzi |
| **Debtor 2** (Spouse, if filing) | |
| United States Bankruptcy Court for the : Southern     District of    Mississippi (State) | |
| **Case number**    24-50192-KMS | |

Official Form 410S1

# Notice of Mortgage Payment Change         12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**  loanDepot.com, LLC                **Court claim no.** (if known):  5

**Last four digits** of any number you use to identify the debtor's account:  XXXXXX7086

**Date of payment change:**
Must be at least 21 days after date of this notice     3/1/2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*     $ 919.97

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____

   **Current escrow payment:**  $ 295.22            **New escrow payment :**  $ 355.70

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   **Current interest rate:**  _____%            **New interest rate:**  _____%
   **Current principal and interest payment:**  $_____     **New principal and interest payment:**  $_____

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward??**

   ☒ No
   ☐ Yes.

   **Current HELOC payment:**   $_____
   **Reconciliation amount:**   + $_____
                                 - $_____

Debtor 1   **Morgan Paige Alizzi**   Case number *(if known)*   24-50192-KMS
First Name   Middle Name   Last Name

| | |
|---|---|
| Amount of next payment (including reconciliation amount) | $ |
| Amount of the new payment thereafter (without reconciliation amount | $ |

## Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment:   $ _____   New mortgage payment:   $ _____

## Part 5: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/Aleisha  Jennings                    Date   01/13/2026
     Signature

Print:   Aleisha                         Jennings                Title   Authorized Agent for Creditor
         First Name   Middle Name   Last Name

Company   McCalla Raymer Leibert Pierce, LLP

Address   1544 Old Alabama Road
          Number   Street
          Roswell                GA              30076
          City                   State           ZIP Code

Contact phone   732-692-6871                     Email   aleisha.jennings@mccalla.com

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 24-50192-KMS |
|  | Chapter: 13 |
| Morgan Paige Alizzi | Judge: Katharine M. Samson |

## CERTIFICATE OF SERVICE

I, Aleisha Jennings , of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Morgan Paige Alizzi
304 Smith St
Petal, MS 39465

Thomas Carl Rollins, Jr                    *(Served via ECF at trollins@therollinsfirm.com)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings, Trustee                    *(Served via ECF at ecfnotices@rawlings13.net)*
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee                      *(Served via ECF at USTPRegion05.JA.ECF@usdoj.gov)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   01/26/2026        By:   /s/Aleisha Jennings
                  (date)                Aleisha Jennings
                                        Authorized Agent for Creditor



P.O. Box 3004
Monroe, WI 53566-3804

Date: 11/11/25     Account Number: ███

**Important Document Enclosed**



MORGAN P ALIZZI
304 SMITH ST
PETAL           MS 39465-2750

# ESCROW ACCOUNT DISCLOSURE SUMMARY
### Analysis Review Period: 03/01/25 - 02/28/26
Property Address: 304 SMITH ST PETAL MS 39465
Next Payment Due: 08/01/25

## IMPORTANT INFORMATION ABOUT YOUR MORTGAGE ESCROW ACCOUNT

Each year, your escrow account is reviewed to ensure the escrow portion of your monthly mortgage payment covers your property taxes and/or insurance premiums due for the coming year. Please take a moment to review your new monthly escrow and mortgage payment details.

**CURRENT MONTHLY PAYMENT**

| Payment Itemization | Current |
|---|---|
| Principal & Interest (P&I) | $564.27 |
| Escrow Payment | $295.22 |
| Miscellaneous | $0.00 |
| **Total Monthly Payment** | **$859.49** |

**ESCROW REVIEW** (03/01/25 - 02/28/26)

| Escrow Item | Anticipated Disbursement | Change | Actual Disbursement |
|---|---|---|---|
| Insurance | $2,473.00 | $193.76 | $2,666.76E |
| Taxes | $636.36 | $42.80 | $679.16E |
| Mortgage Insurance | $433.31 | $10.84 | $422.47E |
| **Total** | **$3,542.67** | | **$3,768.39** |

If your analysis resulted in a shortage and you voluntarily elect to pay the total amount of the shortage in full, detach and mail the coupon at the end of this statement, along with your check or money order.

If your analysis resulted in a surplus over $15, any excess funds will be returned in accordance with applicable state and federal laws. We've recently partnered with JP Morgan Chase to deliver these funds electronically via their Concourse system. Please watch for their communication and follow the instructions provided. If no action is taken within 10 calendar days of the communication, a physical check will be mailed to the address on file. If the surplus is less than $15, the surplus will be applied towards the new monthly payment amount.

E This amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Please note, your monthly escrow payment amount is subject to change due to an increase or decrease in your taxes and/or insurance premiums, even if you elect to pay the escrow shortage amount in full. Once the shortage payment is received please allow up to 7 business days for the shortage portion of the payment to be removed from the payment collection.

   P.O. Box 3004
Monroe, WI 53566-3804

Call Customer Service at
**(866) 258-6572**

Visit **loandepot.com** to view account details, escrow disbursements or make payments

**Bankruptcy Notice: If you are currently protected bankruptcy proceedings or if you have previously received a discharge in bankruptcy of the obligations identified in this communication, this communication is being sent for information and notice purposes only and in accordance with the notice provisions of the subject obligations and as required by applicable law and is not an attempt to collect a debt.**

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### CURRENT MONTHLY PAYMENT

| Payment Itemization | Amount |
|---|---|
| Principal & Interest (P&I) | $564.27 |
| Escrow Payment | $295.22 |
| Miscellaneous | $0.00 |
| **Total Monthly Payment** | **$859.49** |

### NEW MONTHLY PAYMENT Beginning 03/01/26

| Payment Itemization | Amount |
|---|---|
| Principal & Interest (P&I) | $564.27 |
| Escrow Payment | $314.04 |
| Escrow Shortage | $41.66 |
| **New Monthly Payment** | **$919.97** |

\* You have the option to pay your shortage amount in full. To learn more about this option, see the last page of this package.

Adjustable Rate Mortgage Customers: If your loan has an adjustable interest rate your monthly principal and interest payment may change prior to your Escrow Analysis.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.

Should you have any questions about this Escrow analysis, please call our Customer Service Department at (866) 258-6572.

## ANTICIPATED ANNUAL DISBURSEMENTS

These are the escrow items we anticipate we will collect for and pay on your behalf in the upcoming 12-month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined be Federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

| | |
|---|---|
| HAZARD INS | $2,666.76 |
| MORTGAGE INS | $422.47 |
| COUNTY TAX | $679.16 |
| **Annual Disbursements:** | **$3,768.39** |
| **Monthly Amount:** | **$314.04** |

## ACCOUNT HISTORY

The following statement of activity in your escrow account from March 01, 2025 through February 28, 2026 displays actual activity as it occurred in your escrow account during that period. Your monthly payment was $859.49 and $295.22 went into your escrow account. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Date | PAYMENTS Projected | PAYMENTS Actual | DISBURSEMENTS Projected | DISBURSEMENTS Actual | Description | BALANCES Projected Balance | BALANCES Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beg. Balance: | $590.47 | -$2,275.74 |
| 03/25 | $295.22 | $295.22 | $0.00 | $0.00 | | $885.69 | -$1,980.52 |
| 04/25 | $295.22 | $295.22 | $0.00 | $0.00 | | $1,180.91 | -$1,685.30 |
| 05/25 | $295.22 | $590.44* | $0.00 | $0.00 | | $1,476.13 | -$1,094.86 |
| 06/25 | $295.22 | $295.22 | $0.00 | $0.00 | | $1,771.35 | -$799.64 |
| 07/25 | $295.22 | $295.22 | $0.00 | $0.00 | | $2,066.57 | -$504.42 |
| 08/25 | $295.22 | $295.22 | $0.00 | $0.00 | | $2,361.79 | -$209.20 |
| 09/25 | $295.22 | $590.44* | $0.00 | $0.00 | | $2,657.01 | $381.24 |

  

P.O. Box 3004
Monroe, WI 53566-3804

Call Customer Service at
**(866) 258-6572**

Visit **loandepot.com** to view account details, escrow disbursements or make payments

## ACCOUNT HISTORY *(CONTINUED)*

| | PAYMENTS | | DISBURSEMENTS | | BALANCES | | |
|---|---|---|---|---|---|---|---|
| Date | Projected | Actual | Projected | Actual | Description | Projected Balance | Actual Balance |
| 10/25 | $295.22 | $590.44* | $0.00 | $0.00 | | $2,952.23 | $971.68 |
| 11/25 | $295.22 | $1,180.88*E | $2,473.00 | $2,666.76*E | HAZARD INS | $774.45 | -$514.20 |
| 12/25 | $295.22 | $295.22E | $433.31 | $422.47*E | RHS ANNUAL F | $636.36 | -$641.45 |
| 12/25 | $0.00 | $0.00E | $636.36 | $679.16*E | COUNTY TAX P | $0.00 | -$1,320.61 |
| 01/26 | $295.22 | $295.22E | $0.00 | $0.00E | | $295.22 | -$1,025.39 |
| 02/26 | $295.22 | $295.22E | $0.00 | $0.00E | | $590.44 | -$730.17 |
| TOTALS | $3,542.64 | $5,313.96 | $3,542.67 | $3,768.39 | | | |

**\* This amount indicates a difference from projected activity either in the amount or the date.**

**E This amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.**

**Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $3,542.67. Under federal law, your lowest monthly balance should not have exceeded $518.23, or 1/6th of total anticipated payments from the account, unless your loan contract or state law specifies a lower amount.**

**Under your loan contract and state law your lowest balance should not have exceeded $0.00.**

## ACCOUNT PROJECTIONS

The following estimate of activity in your escrow account from March 2026 through February 2027 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by federal law, state law and your loan documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| | PAYMENTS | DISBURSEMENTS | | BALANCES | |
|---|---|---|---|---|---|
| Date | Projected | Projected | Description | Projected Balance | Required Balance |
| | | | Beg. Balance: | -$730.17 | $627.99 |
| 03/26 | $314.04 | $0.00 | | -$416.13 | $942.03 |
| 04/26 | $314.04 | $0.00 | | -$102.09 | $1,256.07 |
| 05/26 | $314.04 | $0.00 | | $211.95 | $1,570.11 |
| 06/26 | $314.04 | $0.00 | | $525.99 | $1,884.15 |
| 07/26 | $314.04 | $0.00 | | $840.03 | $2,198.19 |
| 08/26 | $314.04 | $0.00 | | $1,154.07 | $2,512.23 |
| 09/26 | $314.04 | $0.00 | | $1,468.11 | $2,826.27 |
| 10/26 | $314.04 | $0.00 | | $1,782.15 | $3,140.31 |

   P.O. Box 3004  Monroe, WI 53566-3804   Call Customer Service at (866) 258-6572    Visit **loandepot.com** to view account details, escrow disbursements or make payments

## ACCOUNT PROJECTIONS (CONTINUED)

| | PAYMENTS | DISBURSEMENTS | | BALANCES | |
|---|---|---|---|---|---|
| Date | Projected | Projected | Description | Projected Balance | Required Balance |
| 11/26 | $314.04 | $2,666.76 | HAZARD INS | -$570.57 | $787.59 |
| 12/26 | $314.04 | $422.47 | RHS ANNUAL F | -$679.00 | $679.16 |
| 12/26 | $0.00 | $679.16 | COUNTY TAX P | -$1,358.16 | $0.00 |
| 01/27 | $314.04 | $0.00 | | -$1,044.12 | $314.04 |
| 02/27 | $314.04 | $0.00 | | -$730.08 | $628.08 |
| TOTALS | $3,768.48 | $3,768.39 | | | |

**Your Projected Escrow Account Balance as of February 28, 2026 is -$730.17. Your Required Beginning Escrow Balance according to this analysis should be $627.99.**

**This means you have a shortage of $499.86. Per Federal law, the Shortage may be collected from you over 12 months. We will collect the Shortage over 12 months.**

**Once during this period, your Required Escrow Account Balance should be reduced to $0.00 as shown in December. The amount represents the cushion selected by us as allowed by your loan contract, federal and state law.**

This communication is from a debt collector and is an attempt to collect a debt, any information obtained will be used for that purpose.

Notification of Error, Request for Information, Qualified Written Requests, or Billing Error Notifications (Home Equity Lines of Credit only) concerning your loan must be directed to: **loanDepot.com, LLC P.O. Box 251027 Plano, TX 75025.**



P.O. Box 3004
Monroe, WI 53566-3804

Due By Date: 03/01/26

Account Number:

**SHORTAGE AMOUNT:** **$499.86**

Amount Enclosed: $ _____

MORGAN P ALIZZI
304 SMITH ST
PETAL          MS 39465

PAYMENT PROCESSING CENTER
6531 Irvine Center Dr., Suite 100
Irvine, CA 92618

Please detach above and return with your payment.

## KNOW YOUR OPTIONS

Your analysis resulted in a shortage.

Option 1, you can voluntarily elect to pay the total amount of the shortage in full, detach and mail the coupon at the top of this page, along with your check or money order.

Option 2, you can elect to break the shortage up over 12 months by adding it to your monthly payment.
See your full details below:

### OPTION 1: PAY THE SHORTAGE IN FULL

Pay the escrow shortage of $499.86 in full by 03/01/26. Your new monthly payment will be $878.31, which will begin on 03/01/26. To select this option, detach and return the coupon above with your payment.

| | |
|---|---:|
| Principal and/or Interest | $564.27 |
| Escrow Payment | $314.04 |
| Miscellaneous | $0.00 |
| **Total Monthly Payment** | **$878.31** |

### OPTION 2: PAY THE SHORTAGE OVER 12 MONTHS

Pay the escrow shortage of $499.86 in 12 payments of $41.66. These shortage payments will be included in your new monthly payment of $919.97, which will begin on 03/01/26. No action is required to select this option.

| | |
|---|---:|
| Principal and/or Interest | $564.27 |
| Escrow Payment | $314.04 |
| Shortage | $41.66 |
| Miscellaneous | $0.00 |
| **Total Monthly Payment** | **$919.97** |